THE STATE v. WHEELER.

1. **Appeal to Supreme Court:** NO JUDGMENT BELOW: NO JURISDICTION. Where the abstract fails to show that a judgment was rendered below, from which an appeal was taken, this court has no jurisdiction, and the appeal must be dismissed.

*Appeal from Union District Court.*

TUESDAY, APRIL 7.

THE indictment charges that the defendant obtained money by false pretenses. There was a verdict of guilty, and a motion in arrest of judgment and for a new trial, which was overruled. The defendant appeals.

*N. W. Rowell*, for appellant.

*Smith McPherson, Attorney-general*, for the State.

SEEVERS, J.—The abstract fails to state that any judgment was rendered. No appeal can be taken in a criminal case until after judgment. Code, § 4522. For aught we know,

no judgment has been rendered in the district court. Error must affirmatively appear. If no judgment has been rendered, this court has no jurisdiction. We cannot say that there was a judgment rendered by the district court, in the absence of any evidence so showing. The appeal must be dismissed. We deem it proper to say that, on the merits, a majority of the court think there is no error in the record.

DISMISSED.